George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Erica Lopez*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Erica Lopez, | Case No.: 2:26-cv-00230 |
| Plaintiff, | **Certificate of interested parties** |
| v. | |
| Chapman Chrysler Jeep, LLC and AA Action Towing Inc., | |
| Defendants. | |

_____

CERTIFICATE          - 1 -

The undersigned, counsel of record for Plaintiff, certifies that there are no known interested parties other than those participating in this case.

Dated: January 30, 2026.

                                          Respectfully submitted,

                                        **FREEDOM LAW FIRM**

                                        /s/ *Gerardo Avalos*
                                        George Haines, Esq.
                                        Gerardo Avalos, Esq.
                                        8985 S. Eastern Ave., Suite 100
                                        Las Vegas, Nevada 89123
                                        *Counsel for Plaintiff*