FREEDOM LAW FIRM
8985 S EASTERN AVE STE 350
LAS VEGAS, NV 89123
(702) 880-5554



|  |  |
|---|---|
| **DISTRICT COURT**<br>**CLARK COUNTY, NEVADA** | |
| ERICA LOPEZ<br>Plaintiff | Case Number: 2:26-CV-00230-JCM-MDC |
| vs | Dept: |
| CHAPMAN CHRYSLER JEEP, LLC, ET AL.<br>Defendant | **PROOF OF SERVICE** |

JAMES FAULKNER, deposes and says: that at all times herein I am a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #389, and not a party to nor interested in the proceeding in which this statement is made.

Legal Wings, Inc. received on Wednesday, February 4, 2026 a copy of the:
**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

I served the same on **02/06/2026 at 10:02 AM** to:

**Defendant AA ACTION TOWING INC., BY SERVING JOHN R HOWELL, REGISTERED AGENT**

by leaving the copies with or in the presence of **CARRIE SOULES, OFFICE MANAGER**, at 2511 KIEL WAY, NORTH LAS VEGAS, NV 89030, pursuant to **NRS 14.020**.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.

Executed: Monday, February 9, 2026

JAMES FAULKNER
Registered Work Card R-2024-03591

Legal Wings, Inc., 1118 Fremont Street, Las Vegas, NV 89101, (702) 384-0305, PILB #389

P-2037605.01