KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
DENTONS DURHAM JONES PINEGAR P.C.
1180 Town Center Dr., Suite 200
Las Vegas, Nevada 89144
Telephone:  702-988-3030
Facsimile:  702-988-3029
kevin.stolworthy@dentons.com
trey.rothell@dentons.com

*Attorneys for Defendant*
*Chapman Chrysler Jeep, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ERIKA LOPEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CHAPMAN CHRYSLER JEEP, LLC, and AA ACTION TOWING INC.,<br><br>Defendants. | Case No.: 2:26-cv-00230-JCM-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CHAPMAN CHRYSLER JEEP, LLC TO RESPOND TO COMPLAINT [ECF NO. 1]**<br><br>**(First Request)** |

Plaintiff Erika Lopez ("Lopez") and Defendant Chapman Chrysler Jeep, LLC ("Chapman") stipulate and agree, subject to the Court's approval, to extend the date by which Chapman may file its response to the Complaint filed in this action (ECF No. 1) by 21 days from February 26, 2026, to March 19, 2026. This is the first request to extend this deadline. In support of this request, the parties state:

1. On January 30, 2026, Lopez filed her Complaint in this action. *See* ECF No. 1.

2. On February 5, 2026, Lopez served Chapman with the summons and complaint. *See* ECF No. 4.

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Chapman's response to the Complaint is currently due on February 26, 2026.

/ / /

1

SL_8812890.1

4. Due to the complexity of factual and legal issues which must be addressed in response to the Complaint, Chapman requires additional time to prepare its response. Accordingly, good cause exists to extend the subject deadline.

5. Further, the parties have stipulated to the extension, and no party will be prejudiced by the delay.

6. This stipulation is submitted in good faith and not for purposes of improper delay.

IT IS SO STIPULATED.

Dated: February 25, 2026.

DENTONS DURHAM JONES PINEGAR P.C.        FREEDOM LAW FIRM, LLC

By: */s/ Trey A. Rothell*                             By: */s/ Gerardo Avalos*
    KEVIN R. STOLWORTHY, ESQ.                 GEORGE HAINES, ESQ.
    Nevada Bar No. 2798                        Nevada Bar No. 9411
    TREY A. ROTHELL, ESQ.                      GERARDO AVALOS, ESQ.
    Nevada Bar No. 15993                       Nevada Bar No. 15171
    1180 Town Center Dr., Suite 200            8985 S. Eastern Ave., Suite 100
    Las Vegas, Nevada 89144                    Las Vegas, Nevada 89123
                                               ghaines@freedomlegalteam.com
*Attorneys for Defendant*                            gavalos@freedomlegalteam.com
*Chapman Chrysler Jeep, LLC*                         Phone: (702) 880-5554
                                               Fax: (702) 385-5518

                                               *Attorneys for Plaintiff*
                                               *Erika Lopez*

**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: February 26, 2026

2

SL_8812890.1