KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
TREY A. ROTHELL, ESQ.
Nevada Bar No. 15993
DENTONS DURHAM JONES PINEGAR P.C.
1180 Town Center Dr., Suite 200
Las Vegas, Nevada 89144
Telephone:  702-988-3030
Facsimile:  702-988-3029
kevin.stolworthy@dentons.com
trey.rothell@dentons.com

*Attorneys for Defendant*
*Chapman Chrysler Jeep, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIKA LOPEZ,<br><br>                 Plaintiff,<br><br>        vs.<br><br>CHAPMAN CHRYSLER JEEP, LLC, and AA ACTION TOWING INC.,<br><br>                 Defendants. | Case No.: 2:26-cv-00230-JCM-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT CHAPMAN CHRYSLER JEEP, LLC TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 11]**<br><br>**(Second Request)** |

Plaintiff Erika Lopez ("Lopez") and Defendant Chapman Chrysler Jeep, LLC ("Chapman") stipulate and agree, subject to the Court's approval, to extend the date by which Chapman may file its reply in support of its Motion to Dismiss (ECF No. 11) by four days, from April 16, 2026, to April 20, 2026. This is the second request to extend this deadline. In support of this request, the parties state:

1.      On March 19, 2026, Chapman filed its Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. *See* ECF No. 11.

2.      On March 26, 2026, Lopez filed her Response to Chapman's Motion to Dismiss. *See* ECF No. 14.

3.      On April 8, 2026, the Court extended the date by which Chapman may file its reply in support of its Motion to Dismiss by 14 days until April 16, 2026. ECF No. 17.

1

LV_576032.1

4.    As noted in the Parties prior stipulation, Chapman is in the process of substituting its counsel in this matter, and successor counsel requires additional time to complete retention and substitution prior to filing Chapman's reply. Due to extenuating circumstances, counsel have been unable to complete the transition in the required time and require a brief further extension of the subject deadline. Accordingly, good cause exists to extend the subject deadline.

5.    Further, the parties have stipulated to the extension, and no party will be prejudiced by the delay.

6.    This stipulation is submitted in good faith and not for purposes of improper delay.

IT IS SO STIPULATED.

Dated: April 16, 2026.

DENTONS DURHAM JONES PINEGAR P.C.

By: */s/ Trey A. Rothell*
    KEVIN R. STOLWORTHY, ESQ.
    Nevada Bar No. 2798
    TREY A. ROTHELL, ESQ.
    Nevada Bar No. 15993
    1180 Town Center Dr., Suite 200
    Las Vegas, Nevada 89144

*Attorneys for Defendant*
*Chapman Chrysler Jeep, LLC*

FREEDOM LAW FIRM, LLC

By: */s/ Gerardo Avalos*
    GEORGE HAINES, ESQ.
    Nevada Bar No. 9411
    GERARDO AVALOS, ESQ.
    Nevada Bar No. 15171
    8985 S. Eastern Ave., Suite 100
    Las Vegas, Nevada  89123
    ghaines@freedomlegalteam.com
    gavalos@freedomlegalteam.com
    Phone: (702) 880-5554
    Fax: (702) 385-5518

*Attorneys for Plaintiff*
*Erika Lopez*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: ___April 17, 2026___

2

LV_576032.1